

IN THE
TENTH COURT OF APPEALS

No. 10-15-00286-CV

RUSSELL GILES,

                                                                    Appellant

 v.

CLARISSA CARTER,

                                                                    Appellee

From the 170th District Court
McLennan County, Texas
Trial Court No. 2007-3851-4

ORDER

This appeal was referred to mediation on October 19, 2016. Appellee filed an

objection to the mediation order. Appellee's objection to mediation is sustained, and the

Court's referral to mediation dated October 19, 2016 is withdrawn.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed December 7, 2016

